GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

| | |
|---|---|
| PATRICIA M. NAPIER | 3735-0 |
| pnapier@goodsill.com | |
| STACY Y. MA | 10537-0 |
| sma@goodsill.com | |
| ANDREW K. RECKTENWALD | 10223-0 |
| arecktenwald@goodsill.com | |

First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Defendant
MARRIOTT HOTEL SERVICES, INC. dba
WAIKIKI BEACH MARRIOTT RESORT & SPA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CAROL R. POLCOVAR AND RONA HOLUB,<br><br>Plaintiff,<br><br>vs.<br><br>MARRIOTT HOTEL SERVICES, INC. dba WAIKIKI BEACH MARRIOTT RESORT & SPA; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE NON-PROFIT ENTITIES 1-10; AND DOE GOVERNMENTAL ENTITIES 1-10, | CV _____<br><br>DEFENDANT MARRIOTT HOTEL SERVICES, INC. dba WAIKIKI BEACH MARRIOTT RESORT & SPA'S NOTICE OF REMOVAL; EXHIBIT "A;" CERTIFICATE OF SERVICE |

7255410.1

Defendants.

**DEFENDANT MARRIOTT HOTEL SERVICES, INC. DBA WAIKIKI BEACH MARRIOTT RESORT & SPA'S NOTICE OF REMOVAL**

TO: THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

Defendant MARRIOTT HOTEL SERVICES, INC. dba Waikiki Beach Marriott Resort & Spa ("Defendant") hereby submits this Notice of Removal ("Notice"), petitioning the United States District Court for the District of Hawaii for removal of the above-captioned action, Civil No. 18-1-1862-11(JPC), from the Circuit Court of the First Circuit, State of Hawaii, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and submits a short and plain statement of the grounds for removal, as follows:

A.  Introduction

   1. On November 20, 2018, Plaintiffs CAROL R. POLCOVAR ("Polcovar") and RONA HOLUB ("Holub") ("Plaintiffs") filed a Complaint in the Circuit Court of the First Circuit, State of Hawaii (Civil No. 18-1-1862-11(JPC)), against Defendant alleging personal injuries resulting from an incident on March 20, 2018 at Waikiki Beach Marriott Resort & Spa located at 2552 Kalakaua Avenue, Honolulu, Hawaii 96815 ("Waikiki Beach Marriott"). Attached hereto as

Exhibit "A" is a true and correct copy of the Complaint.

   2. Plaintiffs allege that Polcovar "slipped and/or tripped down a negligently designed, constructed, maintained, inspected and/or marked curb" while she was "walking outside of the front doors of" the Waikiki Beach Marriott. Complaint at ¶ 10.  Polcovar alleges that, as a result of this incident, she "has and will continue to incur medical and rehabilitation expenses, and suffer[ed] severe and permanent injuries, emotional distress, extreme pain and suffering, and loss of enjoyment of life." *Id.* at ¶ 19.  Holub asserts a loss of consortium claim based on the alleged injuries to Polcovar, her spouse. *Id.* at ¶ 25.

B. <u>Diversity of Citizenship</u>

   3. Plaintiffs allege that at "all relevant times herein" they were residents of the City and County of Honolulu, State of Hawaii.  *Id.* at ¶¶ 1-2.

   4. Defendant is a corporation incorporated in Delaware, with its principal place of business in Bethesda, Maryland.  Defendant is therefore deemed a citizen of Delaware and Maryland for purposes of 28 U.S.C. § 1332(a)(1).

   5. All other defendants are fictitiously named: JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE NON-PROFIT ENTITIES 1-10; and DOE GOVERNMENTAL ENTITIES 1-10 ("Doe Defendants").  The citizenship of Doe Defendants shall be disregarded in determining whether an action is removable under 28 U.S.C. § 1332(a).  *See* 28

U.S.C. § 1441(b)(1).

C. The Amount in Controversy Requirement is Satisfied

6. Based on the allegations in the Complaint, it is facially apparent that the alleged amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs. This Court "may consider whether it is 'facially apparent' from the complaint that the jurisdictional amount is in controversy" or "may consider facts in the removal petition." *Singer v. State Farm Mut. Aut. Ins.* Co., 116 F.3d 373, 377 (9th Cir. 1997) (citations omitted). Specifically, as discussed above, the Complaint alleges that, as a result of the incident, Polcovar "has and will continue to incur medical and rehabilitation expenses, and suffer[ed] severe and permanent injuries, emotional distress, extreme pain and suffering, and loss of enjoyment of life." Complaint at ¶ 19. Holub asserts a loss of consortium claim based on the alleged injuries to Polcovar, her spouse. *Id.* at ¶ 25.

Plaintiffs seek to recover general, special, and punitive damages, attorneys' fees, costs of suit, and pre-judgment and post-judgment interest. *See* Complaint at Prayer for Relief.

7. Accordingly, this Court has original jurisdiction of this action under 28 U.S.C. § 1332(a), and this action is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a) and 1446, respectively, given that the action is between citizens of different states and the

amount in controversy exceeds $75,000.00, exclusive of interests and costs.

D.  Process and Pleadings

8. Defendant was served with a copy of the Complaint on December 7, 2018.

9. This Notice is timely filed within 30 days of the service of the Complaint on Defendant. *See* 28 U.S.C. § 1446(b)(1).

10. The United States District Court for the District of Hawaii "embrace[s] the place where [the state court] action is now pending," and therefore is the proper District Court to which this case should be removed pursuant to 28 U.S.C. § 1441(a).

11. By removing this action, Defendant does not waive any defenses available to it.

12. By removing this action, Defendant does not admit any of the allegations in Plaintiffs' Complaint.

13. This short and plain statement of the grounds for removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant prays that the above-entitled action be removed from the Circuit Court of the First Circuit, State of Hawaii, to the United States District Court for the District of Hawaii, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

DATED: Honolulu, Hawaii, January 2, 2019.

/s/ Stacy Y. Ma
PATRICIA M. NAPIER
STACY Y. MA
ANDREW K. RECKTENWALD

Attorneys for Defendant
MARRIOTT HOTEL SERVICES, INC. dba
WAIKIKI BEACH MARRIOTT RESORT & SPA